**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7763**

---

PINMON LARRY TYLER,

                              Plaintiff - Appellant,

          versus

NORTH CAROLINA DEPARTMENT OF CORRECTION;
R. JORDAN,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge. (CA-98-687-5-BR)

---

Submitted:  February 25, 1999          Decided:  May 20, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Pinmon Larry Tyler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pinmon Larry Tyler appeals the district court's order dismissing Tyler's 42 U.S.C.A. § 1983 (West Supp. 1998) action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Tyler v. North Carolina Dep't of Corrections, No. CA-98-687-5-BR (E.D.N.C. Nov. 16, 1998).  We also deny Tyler's motion to amend.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED